IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| XAVIER RIOS, | ) | |
|     Plaintiff | ) | C.A. No. 17-144 Erie |
| | ) | |
| v. | ) | |
| | ) | District Judge Susan Paradise Baxter |
| WAL-MART STORES EAST, L.P., | ) | |
|     Defendant. | ) | |

## ORDER

AND NOW, this 28th day of February, 2019,

IT IS HEREBY ORDERED that Defendant's motion for summary judgment [ECF No. 25] is GRANTED, and summary judgment is entered in favor of Defendant and against Plaintiff on all claims in this matter.

The Clerk is directed to mark this case closed.

_____
SUSAN PARADISE BAXTER
United States District Judge